**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 2:04-CR-54-RL-JEM |
| ) | |
| CHARLES LORENZO GREGORY, ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:  THE HONORABLE RUDY LOZANO,
     UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On January 22, 2018, the United States Government appeared by counsel Assistant United States Attorney Dean Lanter. Defendant Charles Lorenzo Gregory appeared in person and by counsel Jerome T. Flynn and in the custody of the United States Marshal. United States Probation Officer Robert Bono appeared.

A Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On November 8, 2004, Defendant Charles Lorenzo Gregory pled guilty to the Count I charge in the Indictment (knowingly and intentionally possessing with the intent to distribute five grams or more of crack cocaine).

On January 27, 2005, Judge Rudy Lozano originally sentenced Defendant Charles Lorenzo Gregory to 10 years imprisonment and 8 years of supervised release subject to specified written terms and conditions.

On December 4, 3017, the Government filed a Petition alleging that Defendant violated the terms and conditions of his supervised release. On December 13, 2017, the Government filed an

Amended Petition. (Docket entry 34). On December 4, 2017, an arrest warrant was issued. On December 11, 2017, Defendant Charles Lorenzo Gregory was arrested.

On December 14, 2017, the Initial Appearance was held.

On December 15, 2017, the U.S. Probation Office filed a Summary Report of Violations. (Docket entry 39).

On December 20, 2017, Defendant Charles Lorenzo Gregory by counsel, filed a Motion to Transfer Case to Magistrate Judge, which was granted.

On January 9, 2018, Judge Rudy Lozano issued an Order Referring Case for a Report and Recommendation for the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(e), and Federal Rule of Criminal Procedure 32.1.

As a result of the January 22, 2018, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Charles Lorenzo Gregory has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Charles Lorenzo Gregory understands the proceedings, the allegations, and his rights;

3. Defendant Charles Lorenzo Gregory knowingly and voluntarily admitted that he committed violations as set forth in the Summary Report of Violations at docket entry 39, and that those allegations are true;

4. These violations are Grade B and C violations, the Defendant's criminal history category is IV, the advisory guideline range is 12 to 18 months imprisonment for the Grade B violation and 6 to 12 months imprisonment for the Grade C violation, and the statutory maximum sentence that may be imposed is 60 months imprisonment.

The undersigned Magistrate Judge **RECOMMENDS** to Judge Rudy Lozano that:

6. Defendant Charles Lorenzo Gregory be adjudged to have committed violations of his supervised release described in the December 13, 2017 Petition;

7. The supervised release of Defendant Charles Lorenzo Gregory be revoked;

8. Defendant Charles Lorenzo Gregory be ordered committed to the United States Bureau of Prisons forthwith to serve 12 months and 1 day of incarceration therein;

9. After successful completion of the additional term of imprisonment, Defendant Charles Lorenzo Gregory not continue on supervised release; and

10. A request be made to the Bureau of Prisons that Defendant Charles Lorenzo Gregory be housed in a facility as close to Chicago, Illinois, as reasonably possible.

Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 22nd day of January, 2018.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT