**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:04-CR-54 |
| | ) | |
| CHARLES LORENZO GREGORY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Supervised Release Revocation Hearing, filed on January 22, 2018 (DE #45). More than 14 days have passed and no party has filed any objection to the Report and Recommendation. *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation). Therefore, upon due consideration, the Court hereby **ADOPTS** the Findings and Recommendation (DE #45). Defendant Gregory is **ADJUDGED** to have committed the violations set forth in the Summary of Report violations (DE #39) and described in the Petition (DE #34). Defendant Gregory's term of supervised release is **REVOKED**. The agreement of the parties (DE #41) is **ACCEPTED**, and Defendant Gregory is hereby committed to the United States Bureau of Prisons

to serve 12 months and 1 day of additional imprisonment.  The Court **RECOMMENDS** that Defendant Gregory be housed in a facility as close to Chicago, Illinois, as is reasonably possible.  Upon his release from the Bureau of Prisons, Defendant Gregory shall be discharged from any further term of supervision.

**DATED: February 27, 2018**          **/s/RUDY LOZANO, Judge**
                                      **United States District Court**